IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAE HELEN GOODWIN, | No. 2:09-cv-03191-MCE-GGH PS |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| CA. RECONVEYANCE CO., et al., | |
| Defendants. | |
| _____/ | |

    On August 23, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

    Accordingly, the court presumes any findings of fact are correct.  <u>See</u> <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

    The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

///

1   Accordingly, IT IS ORDERED that:

2   1.  The Findings and Recommendations filed August 23, 2010, are ADOPTED; and

3   2.  Defendants' motion to dismiss, filed April 14, 2010 (docket #13) is granted, this action is dismissed with prejudice for lack of subject matter jurisdiction, and the court declines to exercise jurisdiction over plaintiff's state law claims.

Dated: October 6, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE